**From:** aminah shukor <aminah.shukor@holistaco.com>
**To:** Nicholas M. Nash <NMNashl@bellsouth.net>
**Cc:** Rajen M <rajen.m@holistaco.com>; The ProImmune Co. LLC -- (albertbcrum@aol.com) <albertbcrum@aol.com>; Venus Chin <venus.chin@holistaco.com>; Naomi S. Christman <nrsacksxman@aol.com>
**Subject:** Re: Pro Immune Lot No: 0619831 - 1 tonne
**Date:** Mon, Oct 8, 2018 11:42 pm
**Attachments:** Proimmune 10.jpg (2627K), Proimmune 11.jpg (1053K), Proimmune 12.jpg (1463K), InkedProimmune 10_LI.jpg (6120K), Proimmune 1.jpg (1800K), Proimmune 2.jpg (3032K), Proimmune 3.jpg (1485K), Proimmune 4.jpg (1188K), Proimmune 5.jpg (1620K), Proimmune 6.jpg (1367K), Proimmune 7.jpg (1557K), Proimmune 8.jpg (1450K), Proimmune 9.jpg (1507K), image001.jpg (4K), image002.gif (566)

Dear Nash,

Below email was sent to Dr. Crum.

In summary, 2 boxes (2 x 20kg) can't be used because of the leaking powder from the damaged bags. These 2 boxes were rejected by our customer and they request for the replacement.

Due to this, we can't accept this as well and seek for the replacement. Please let me know how can we proceed with this?

Thank you.


Get your own email signature

Regards,

**HOLISTA**
**COLLTECH**

**Aminah Shukor**
Accountant
HOLISTA COLLTECH LIMITED
O : +603.7965 2828 I DL: +603.7965 2706 I F : +603.7965 2777 I HP : +6019.2288 379 I website : www.holistaco.com
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor, Malaysia.



On Mon, Sep 24, 2018 at 10:08 AM, aminah shukor <aminah.shukor@holistaco.com> wrote:

Dear Dr. Crum,

This is the final outcome of the Proimmune after we have checked all the materials:

There are 7 boxes were severely damaged due to mishandling the cargo during transportation.

PROIMMUNE_005339

5 boxes damaged on external only. And I believe the customs or the logistics company would have seal back the boxes. The contents are intact.

In the balance of two boxes, the powder was leaking due to the plastic bag was tampered by a sharp object. ( *Pls refer attachment Proimmune 3 and Proimmune 10_LI)*

Please arrange the next shipment in drums as agreed.

Thank you.

Regards,

## HOLISTA
## COLLTECH

**Aminah Shukor**
Accountant
HOLISTA COLLTECH LIMITED
O : +603.7965 2828 I DL: +603.7965 2706 I F : +603.7965 2777 I HP : +6019.2288 379 I website : www.holistaco.com
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor, Malaysia.

 

---

15 Attached Images



PROIMMUNE_005340







PROIMMUNE_005341





PROIMMUNE_005342







PROIMMUNE_005343







PROIMMUNE_005344







PROIMMUNE_005345

**From:** Rajen M <rajen.m@holistaco.com>
**To:** Dr. Albert Crum <albertbcrum@aol.com>; Nicholas M. Nash <NMNashl@bellsouth.net>; Naomi S. Christman <nrsacksxman@aol.com>
**Subject:** Fwd: FW: ProImmune Packaging - Raw material
**Date:** Thu, Mar 28, 2019 9:44 am

Dr. Crum and team,

We HAVE to improve the packing given the premium prices we are charging ...

## HOLISTA
## COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor, Malaysia
**P** +603 7965 2729 | **F** +603 7965 2777 | www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500    **F** +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )


---------- Forwarded message ---------
From: <nedunseran@chakrawecare.com>
Date: Thu, Mar 28, 2019 at 9:17 AM
Subject: FW: ProImmune Packaging - Raw material
To: <jason.lee@holistaco.com>
Cc: <Rajen.M@holistaco.com>, Dr Selvam <drselvam27@yahoo.com>


Dear Jason,


Good Day.


We have received complains from our customer regarding ProImmune packing.

After discussion below are our concerns:

**CONFIDENTIAL**                                                                **PROIMMUNE_005491**

1. ProImmune powder packed in 20kg plastic bag but not air tight. They only used cable tie to tighten the plastic bag.
2. Used very thin plastic which will be easily tear off.
3. Used carton box which is easily damageable. In latest shipment we found that they have used double carton box but the concern is still same.

Since ProImmune is a premium & patented product, we would like to request for better packaging for future shipment.

Requests as below:

1. **The powder pack must be properly sealed. (not using cable tie)**
2. **Use thicker food grade plastic.**
3. <mark>**Powder must come in a drum. Carton box is unacceptable.**</mark>

Thank you.

**Best Regards;**

**Nedunseran Suppiah**

Operation Manager

Mobile: +6016 787 8122

DID: 03 7773 2299



**CHAKRA WE CARE RESOURCES SDN BHD**

A-G-15, Pusat Perniagaan Metro,

Metro Square, Jln PJS 2B/3,

46150 Petaling Jaya, Selangor

GL: 03 7773 2299        | Fax: 07 438 7788        lnedunseran@chakrawecare.com

CONFIDENTIAL                                                                            PROIMMUNE_005492

*Confidential information may be contained in this e-mail and any files transmitted with it (Message). If you are not the addressee indicated in this Message (or responsible for delivery of this Message to such person), you are hereby notified that any dissemination, distribution, printing or copying of this Message or any part thereof is strictly prohibited. In such a case, you should delete this Message immediately and advice the sender immediately by return e-mail.*

 Please consider the environment before printing this email

**From:** jeremy@chakrawecare.com <jeremy@chakrawecare.com>
**Sent:** Wednesday, March 27, 2019 9:28 AM
**To:** nedunseran@chakrawecare.com
**Cc:** drselvam27@yahoo.com; rejuven_mgmt@yahoo.com
**Subject:** ProImmune Packaging - Raw material

Dear Mr.Seran,

I have a big  concern after seeing our ProImmune raw material packaging today. Nutraceutical packaging should be well regulated depending on the country of origin which cover the common factors such as assurance of consumer safety, assurance of the efficacy of the raw material through the intended shelf life, uniformity of the raw material through different production lots, control of possible migration of packaging component, control of degradation of the raw material by oxygen, moisture , heat and etc. The packaging we have received is not air tight seal or using aluminium foil. Please advice if the plastic bag is a food grade plastic.

I hope that we can request our supplier to improve the packaging material from the next shipment onwards.

Thank you

**Best Regards;**

**Jeremy Ho**

Sales & Marketing Manager

Mobile: +6017 665 0108

**CONFIDENTIAL**                                                                                **PROIMMUNE_005493**

DID: 03 7773 2299



**CHAKRA WE CARE RESOURCES SDN BHD** (871648-K)

A-G-15, Pusat Perniagaan Metro,

Metro Square, Jln PJS 2B/3,

46150 Petaling Jaya, Selangor

GL: 03 7773 2299         l Fax: 07 438 7788         ljeremy@chakrawecare.com

*Confidential information may be contained in this e-mail and any files transmitted with it (Message). If you are not the addressee*
*indicated in this Message (or responsible for delivery of this Message to such person), you are hereby notified that any dissemination,*
*distribution, printing or copying of this Message or any part thereof is strictly prohibited. In such a case, you should delete this*
*Message immediately and advice the sender immediately by return e-mail.*

🌳 Please consider the environment before printing this email

**CONFIDENTIAL**                                                                                    **PROIMMUNE_005494**

**From:** Dr Selvam <drselvam27@yahoo.com>
**To:** albertbcrum <albertbcrum@aol.com>
**Cc:** Rajen M <rajen.m@holistaco.com>; NMNashI <NMNashI@BellSouth.net>; nrsacksxman <nrsacksxman@aol.com>; nedunseran <nedunseran@chakrawecare.com>
**Subject:** Re: Amino Acid Content in Immune Formulation 200R
**Date:** Thu, Aug 22, 2019 11:00 pm

---

Dear Crum,

The test was conducted upon request by the customer since COA was the only document provided with the shipment thus far.

Testing was conducted on Immune Formulation 200(R) which was received from UST. The samples were personally sent by us from the Proimmune Formulation before production to avoid any influence of external factors. Hence the testing was done on the neat Proimmune. The batch no.is UST 1015811( stated in the test report). GCMS was test method used.

Kindly explain on the the discrepancy in the amino acid contents and provide the accelerated stability test report to verify the integrity of the amino acids .

This matter has drawn serious attention from our customer and all sales and activities related to EDG3 are likely to be put on hold pending the outcome of this investigation.

Please also allocate some time to answer our concerns mentioned in earlier emails .

Tq


**Datuk Dr Selvam Rengasamy MBBS, FRCOG,**
**PRESIDENT OF SAHAMM, FELLOW ACNEM,**
**OBSTETRICIAN & GYNAECOLOGIST**
**BOARD CERTIFIED ANTI AGING PHYSICIAN, IHS & A4RM**


On 22 Aug 2019, at 6:13 PM, Rajen M <rajen.m@holistaco.com> wrote:


## HOLISTA
## COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor, Malaysia
**P** +603 7965 2729 | **F** +603 7965 2777 | www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500     **F** +61 8 6141 3599
( ABN 24 094 515 992     ASX Code : HCT )

PROIMMUNE_003370

---------- Forwarded message ---------
From: **Rajen M** <rajen.m@holistaco.com>
Date: Thu, Aug 22, 2019 at 6:58 AM
Subject: Re: Amino Acid Content in Immune Formulation 200R
To: The ProImmune Co. LLC -- <albertbcrum@aol.com>, Dato Dr Selvam
<drselvam@chakrawecare.com>, Nedunseran Suppiah <nedunseran@chakrawecare.com>
Cc: Nicholas M. Nash <NMNashI@bellsouth.net>


Dr. Crum and team,

I am going to get Dr. Selvam and team to respond.

## HOLISTA
##   COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya.
Selangor, Malaysia
**P** +603 7965 2729 | **F** +603 7965 2777 | www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500    **F** +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )


On Thu, Aug 22, 2019 at 12:36 AM The ProImmune Co. LLC -- <albertbcrum@aol.com> wrote:

August 21, 2019

Dato' Dr. Rajen M, Emails: Rajen.M@HolistaCo.com, Rajen.M@HolistaBio.com

COPY:  Nicholas M. Nash, CPA, CFO, Email: NMNashI@BellSouth.net

Dear Rajen,

In response to your Email below, how can you be sure that this is immune Formulation 200® product which you picked up from UST?

What is the Batch Number of the product that you are testing?

What was the name of the Test(s) performed on the product?

PROIMMUNE_003371

Please advise.

Sincerely,
Albert
Albert Crum, M.D.
ProImmune®
845 876 3222
www.ProImmuneCo.com


-----Original Message-----
From: Rajen M <rajen.m@holistaco.com>
To: Nedunseran Suppiah <nedunseran@chakrawecare.com>; Dr. Albert Crum <albertbcrum@aol.com>;
Naomi S. Christman <nrsacksxman@aol.com>; Nicholas M. Nash <NMNashl@bellsouth.net>
Cc: Dr Selvam <drselvam27@yahoo.com>
Sent: Tue, Aug 20, 2019 12:12 am
Subject: Re: Amino Acid Content in Immune Formulation 200R

Dr. Crum and team,

As the request of QNet, Chakra We Care, tested a sample of Formulation 200 and found that the
amino acid content was just under 50%. Please help with this query.

## HOLISTA
## COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor,
Malaysia
**P** +603 7965 2729 I **F** +603 7965 2777 I www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500    **F** +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )


On Tue, Aug 20, 2019 at 9:49 AM <nedunseran@chakrawecare.com> wrote:
Dear Dato Rajen,

Good Day.

Attached the amino acid profiling lab report for your perusal.
Based on customer's request and demand for a detailed analysis, we have conducted this test.
However, we were surprised with the outcome of the result which shows the active (amino acid content) is
almost 50% only.
Please verify and explain why is there a huge difference in the amino acid content.

On the other hand, we have also realized that the powder is becoming more hydroscopic probably due to
the change in mesh size and if that's the case, we are disappointed that this have not been notified to us.

Thank you.

PROIMMUNE_003372

**Best Regards;**
**Nedunseran Suppiah**
Operation Manager
Mobile: +6016 787 8122
DID: 03 7773 2299
<image001.jpg>

**CHAKRA WE CARE RESOURCES SDN BHD**
A-G-15, Pusat Perniagaan Metro,
Metro Square, Jln PJS 2B/3,
46150 Petaling Jaya, Selangor
GL: 03 7773 2299        l Fax: 07 438 7788        lnedunseran@chakrawecare.com

*Confidential information may be contained in this e-mail and any files transmitted with it (Message). If you are not the addressee indicated in this Message (or responsible for delivery of this Message to such person), you are hereby notified that any dissemination, distribution, printing or copying of this Message or any part thereof is strictly prohibited. In such a case, you should delete this Message immediately and advice the sender immediately by return e-mail.*
<image002.gif>

PROIMMUNE_003373

**From:** Rajen M <rajen.m@holistaco.com>
**To:** Scott Stewart <scott@equitylabs.com>
**Cc:** Albert Crum <albertbcrum@aol.com>; Naomi Christman <nrsacksxman@aol.com>; Nicholas M. Nash <NMNashl@bellsouth.net>; Dr. Selvam Rengasamy <drselvam27@yahoo.com>; Nedunseran Suppiah <nedunseran@chakrawecare.com>
**Subject:** Re: ProImmune Company and UST
**Date:** Tue, Sep 24, 2019 9:13 am

Scott,

These questions have been brought up again and again BUT let me answer this, one more time.

As told by your Assistant, I will be calling you at 9.30 am Utah time on Tuesday.

*-What product is actually being tested? How many individuals or locations handled the product before it was examined in the laboratory.*

      1. Product name: Immune Formulation 200®
BN: 1015811
    EXP Date: 11/2020
        2. This samples was from the original packing from UST.

*-What Laboratory are they using? Does it have a License number.*

      1. Alpha Testing Labs (SA0375373P)

*-What is the technical name and/or the universal number of the Test that they are using on the substance which they are having tested?*

      1. They are using GCMS test method.

In Scott's email on September 17, 2019 (subject: Re: Holista letter content), he have mentioned below.

"We are also pulling a retain sample of the finished product from 2 years ago and will send this to the lab to identify the amino acid amounts for stability verification." **Please share this result with us**.

We are not interested in knowing proprietary formula or method of blending from UST. Our only concern is **Why the <u>total amino acid content</u> is lesser in Immune Formulation 200®?**

It can be a proprietary formula from your end but when customer test the amino acid content, it shouldn't reduce by 50%. We just need an explanation for **Why the <u>total amino acid content</u> is reduced by 50% in the batch 1015811?**

PROIMMUNE_002328

We have also highlighted earlier on the packaging of Immune Formulation 200®. We are receiving in a plastic bag which is sealed with a cable tie and packed in a carton box. We have a concern whether **this packing method can cause deterioration/oxidation of amino acid content?**

We have also send the same sample (BN: 1015811) to Eutech Scientific Services, Inc to check the amino acid content. Meanwhile please answer to our enquiries with ProImmune's permission.

I have attached the photos and the lab report for your perusal.

Please click the below link for sample collecting video.

https://drive.google.com/open?id=1uHOGyu_6F8D_B7iLnsQHwMu2n2u2Lail

## HOLISTA
## COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya.
Selangor, Malaysia
**P** +603 7965 2729 | **F** +603 7965 2777 | www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500    **F** +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )

On Tue, Sep 24, 2019 at 6:34 AM Scott Stewart <scott@equitylabs.com> wrote:
Hi Dr Rajen,

Thank you for you recent emails and missed call today!

We would like to clarify our position as it relates to The Proimmune Company.
We have had a very positive, professional, and personal relationship with them for many years.
The ProImmune Company is our customer and we are under strict legal confidentiality with regards to the formula, and other intellectual property rights.

We would like to let you know that The Proimmune Company and UST are both highly ethical and honest companies. We at UST abide by strict Industry and USA governmental guidelines and laws.
Our GMP's, processes, Quality Assurance, documentation, etc is some of the best in the dietary

PROIMMUNE_002329

supplement industry. We ship product all over the world and seldom have any problems or challenges.

We would ask that future questions or correspondence be channeled directly to The ProImmune Company.

However, for the claim of quality issues and integrity issues regarding Immune Formulation 200, I would ask the your group the following….

*-What product is actually being tested? How many individuals or locations handled the product before it was examined in the laboratory.*

*-What Laboratory are they using? Does it have a License number.*

*-What is the technical name and/or the universal number of the Test that they are using on the substance which they are having tested?*

At some point in the past, I recall that you group had claimed to find only sugar in the product. We were able to explain that your lab was using the wrong testing method.

It would be suggested from our standpoint to provide some of this information to Dr Crum and Naomi. If they then pass it on to us, we will be able to accommodate their requests.

Thanks
Scott Stewart

PROIMMUNE_002330

BIOTECH

*... adding science to Nature.*

## Pending Issues - SERIOUS and URGENT

2 messages

**Rajen M** <rajen.m@holistaco.com>                                    Mon, Oct 14, 2019 at 12:02 AM
To: "Dr. Albert Crum" <albertbcrum@aol.com>, "Naomi S. Christman" <nrsacksxman@aol.com>, "Nicholas M. Nash"
<NMNashl@bellsouth.net>
Bcc: Dato Dr Selvam <drselvam@chakrawecare.com>, Nedunseran Suppiah <nedunseran@chakrawecare.com>

Dr. Crum and team,

We still do not have proper answers to the following issues that we have repeatedly raised over the
last 2 months:

1) a Certificate Of Analysis showing the total amino acid content
2) stability data conducted and reported in line with standard scientific norms
3) an explanation as to the change in the consistency of Immune Formulation 200 (changed
without informing which is a violation of our agreement)

We are left trying to explain this to our customers who:
- have tested Immune Formulation 200 and found to be severely lacking in several tests (all have
been forwarded previously)
- have complained to us about the changes in the physical properties of the product

We have sought answers and explanations from Proimmune LLC and UST at no avail. We now are
facing an increasingly angry customer who wants to return the product and/or seek legal recourse
against us/ Proimmune LLC and UST.

Please advise on the next steps.

## HOLISTA
## COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor,
Malaysia
P +603 7965 2729 | F +603 7965 2777 | www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
P +61 8 6141 3500     F +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )

**Rajen M** <rajen.m@holistaco.com>                                    Mon, Oct 14, 2019 at 11:12 AM
To: "Dr. Selvam Rengasamy" <drselvam27@yahoo.com>

## HOLISTA

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor, Malaysia
**P** +603 7965 2729 | **F** +603 7965 2777 | www.holistaco.com

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500    **F** +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )

[Quoted text hidden]

BIOTECH

*... adding science to Nature.*

## Response From UST

**Rajen M** <rajen.m@holistaco.com>                                          Sun, Oct 20, 2019 at 9:25 PM
To: "Dr. Albert Crum" <albertbcrum@aol.com>, "Naomi S. Christman" <nrsacksxman@aol.com>, "Nicholas M. Nash"
<NMNash!@bellsouth.net>

Dr Crum and team,

I believe they can open the previous emails from their email history. But I am resending this as an
attachment to this email.

As a trained pharmacist, I strongly believe the consistency is **not** related to the blending because
we have blended the pure Immune Formulation 200® before mixing with other raw materials but
the consistency still differs as compared to previous batches.

I really do not see how vibration (????) would cause the amino acids to separate as their sizes (and
hence, the weights) are really not very different. In fact, there is also a difference in fluffiness.
(What has that go to do with vibration).

All is all, there is no sound science in the UST response after 2 months.

This was already communicated with UST and have a call with Scott and his team before, The fact
that the specs have changed and we were not alerted (of else we would have not taken the stock)
is a violation of the agreement we have in place.

Sadly, after two months of pushing really hard, UST still, has not answered our 2 main questions:

- **The amino acid content in CWC stock is different from UST stock.**
- **The Complete stability report with values from 2016.**

We have requested for complete stability report which means FROM THE STARTING DATE WITH
BELOW INTERVALS FOR 2 YEARS:
1st MONTH; 2nd MONTH; 3rd MONTH; 6th MONTH; 12th MONTH; 18th MONTH up till the 24th
MONTH.

This quite standard in this industry.

We have already received the documents that Naomi have sent now, earlier. We have also raised
questions on this. (Please refer attachment 1 & attachment 2).

Can we have a call on Tuesday as this is getting very urgent?

## HOLISTA
## COLLTECH

**Dato' Dr. Rajen M**
Chief Executive Officer

**MALAYSIA**
Unit 1201, 12th Floor, Amcorp Trade Center, PJ Tower, 18 Persiaran Barat, 46050 Petaling Jaya. Selangor,
Malaysia

**AUSTRALIA**
283 Rokeby Road, SUBIACO WA 6008
**P** +61 8 6141 3500   **F** +61 8 6141 3599
( ABN 24 094 515 992    ASX Code : HCT )

**VIDEO-2019-09-20-09-12-12.mp4**
11076K