# MEMO ENDORSED

**Main Brooklyn Office**
1602 McDonald Avenue, Brooklyn, NY 11230

# TURTURRO LAW, PC.

**Phone:** (718) 384-2323 ● **Fax:** (718) 384-2555 ● **E-Mail:** natraj@turturrolawpc.com ● www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Associate)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

**July 7, 2021**

*Via ECF*

Hon. Kenneth M. Karas, USDJ
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

> **Re:** The ProImmune Company, LLC v Holista Colltech Ltd. et al.
> **Docket No.:** 7:20-cv-1247(KMK)
> **Subject:** APPLICATION BY HOLISTA TO EXTEND TIME TO FILE
> OPPOSITION PAPERS TO PROIMMUNE'S MOTION FOR
> SUMMARY JUDGMENT

Dear Judge Karas,

The undersigned is the attorney for defendant Holista Colltech Ltd ("Defendant" or

"Holista"). Pursuant to your Individual Rules, I am making this letter application which seeks a

two week extension from the present July 15, 2021 deadline to file opposition papers to

Plaintiff's motion for summary judgment.

As the docket reflects, each party has moved for summary judgment with opposition

papers due on July 15, 2021 (ECF Doc. No. 40). Defense counsel, however, would benefit from

the additional two-week extension on this date due to several emergency motions that our office

is working on at the moment as well as the delays we have had in attempting to secure

declarations in opposition from Holista and its customer both of whom are located in Malaysia -

- a country in the midst of a nationwide lockdown. Based on a brief conversation with Plaintiff's

1

counsel, ProImmune is opposed to this application to the extent that the extension sought is greater than one week.

*This is the first request for the relief sought* and for the foregoing reasons, Holista respectfully asks the Court to grant its motion and extend its time to submit opposition papers from July 15, 2021 to July 30, 2021.

We thank the Court for its consideration.

> Respectfully submitted,
> **TURTURRO LAW, P.C.**
> By: /s/ Natraj S. Bhushan

To (via ECF): Ryan Abbot & Rowennnakete P. Barnes

Granted.

So Ordered.

7/8/21

2