# EXHIBIT 1

# Time Entry Details

Brown Neri Smith & Khan LLP
Grouped by Project
For Nov 1, 2019 - Mar 31, 2023

## Holista Dispute

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | General<br>Review edits to motion for attorneys' fees and declaration; email S. Ridley-woods re time statements; highlight time statements | Rowennakete Barnes<br>Mar 30, 2023 | 1h 30m |
| The ProImmune Co, LLC | General<br>Finalize motion for attorney's fees and supporting Barnes declaration; email R. Abbott re same | Rowennakete Barnes<br>Mar 29, 2023 | 3h 00m |
| The ProImmune Co, LLC | General<br>Continue editing declaration in support of motion for attorneys' fees | Rowennakete Barnes<br>Mar 27, 2023 | 1h 06m |
| The ProImmune Co, LLC | No Service<br>Work on court filing | Ryan Abbott<br>Mar 24, 2023 | 2h 06m |
| The ProImmune Co, LLC | General<br>Review edits to proposed judgment; confer with R. Abbott re same; email opposing counsel re same | Rowennakete Barnes<br>Mar 24, 2023 | 0h 30m |
| The ProImmune Co, LLC | General<br>Finalize notice of proposed judgment, proposed judgment, and declaration of K. Barnes; file all | Rowennakete Barnes<br>Mar 24, 2023 | 0h 30m |
| The ProImmune Co, LLC | General<br>Draft declaration of K. Barnes in support of motion for attorney's fees | Rowennakete Barnes<br>Mar 23, 2023 | 0h 42m |
| The ProImmune Co, LLC | General<br>Execute stipulation re withdrawal of appeal; email opposing counsel re same | Rowennakete Barnes<br>Mar 21, 2023 | 0h 06m |
| The ProImmune Co, LLC | General<br>Research form of judgment; prepare notice of proposed judgment; research prejudgment interest; prepare proposed judgment; email R. Abbott re same | Rowennakete Barnes<br>Mar 21, 2023 | 1h 54m |
| The ProImmune Co, LLC | General<br>Prepare letter to applications judge re sponsor requirement; email R. Abbott and CA02db admissions re same | Rowennakete Barnes<br>Mar 20, 2023 | 0h 42m |
| The ProImmune Co, LLC | General<br>Respond to 2nd Circuit emails re admission and filing permissions; file acknowledgement and notice of appearance; email court re addendum; email opposing counsel re filings | Rowennakete Barnes<br>Mar 15, 2023 | 1h 00m |
| The ProImmune Co, LLC | General<br>Prepare 2nd Circuit Applications for Admission; submit; attempt to file acknowledgement and notice of appearance; email R. Abbott re same; contact ECF helpdesk re same | Rowennakete Barnes<br>Mar 14, 2023 | 3h 00m |
| The ProImmune Co, LLC | General<br>Get admission packet notarized | Rowennakete Barnes<br>Mar 13, 2023 | 0h 36m |
| The ProImmune Co, LLC | General<br>Review rules re registration for admission to 2nd circuit; review local rules re case initiation for 2nd circuit; register R. Abbott and K. Barnes re electronic filing for 2nd circuit; request certificates of | Rowennakete Barnes<br>Mar 13, 2023 | 2h 00m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | good standing for R. Abbott and K. Barnes | | |
| The ProImmune Co, LLC | General<br>Confer with N. Bhushah re pre-conference request for motion for separate document judgment; email R. Abbott re same | Rowennakete Barnes<br>Mar 9, 2023 | 0h 06m |
| The ProImmune Co, LLC | General<br>Research and draft pre-motion conference letter re separate document judgment and dismissal of third cause of action; file | Rowennakete Barnes<br>Mar 2, 2023 | 4h 18m |
| The ProImmune Co, LLC | General<br>Continue editing and drafting memorandum of law in support of motion for attorney's fees | Rowennakete Barnes<br>Mar 1, 2023 | 3h 12m |
| The ProImmune Co, LLC | General<br>Begin drafting pre-motion letter re Separate Document Judgment and Dismissal of Third Claim | Rowennakete Barnes<br>Mar 1, 2023 | 0h 18m |
| The ProImmune Co, LLC | General<br>Continue researchign and drafting motion for attorneys' fees | Rowennakete Barnes<br>Feb 28, 2023 | 5h 30m |
| The ProImmune Co, LLC | General<br>Continue researching and drafting motion for attorney's fees | Rowennakete Barnes<br>Feb 27, 2023 | 5h 24m |
| The ProImmune Co, LLC | General<br>Begin drafting motion for attorneys' fees' confer with R. Abbott re filing of notice of appeal | Rowennakete Barnes<br>Feb 24, 2023 | 1h 24m |
| The ProImmune Co, LLC | General<br>Prepare redacted order and opinion for filing | Rowennakete Barnes<br>Feb 23, 2023 | 0h 06m |
| The ProImmune Co, LLC | General<br>Continue researching issue of attorney's fees post summary judgment; email and confer with R. Abbott re same; email team re same | Rowennakete Barnes<br>Feb 1, 2023 | 1h 00m |
| The ProImmune Co, LLC | General<br>Calculate pre-judgment interest under contracts 1, 2, and 4; email R. Abbott re same | Rowennakete Barnes<br>Jan 31, 2023 | 0h 42m |
| The ProImmune Co, LLC | General<br>Review costs available in SDNY; calculate recoverable costs; email R. Abbott re same | Rowennakete Barnes<br>Jan 31, 2023 | 0h 18m |
| The ProImmune Co, LLC | General<br>Research basis for motion for attorney's fees, costs, and prejudgment interest in federal court | Rowennakete Barnes<br>Jan 31, 2023 | 3h 48m |
| The ProImmune Co, LLC | General<br>Review order and opinion re motion for summary judgment; confer with R. Abbott re same; review NY and SDNY rules re motion for attorney's fees and claiming costs; review contract provisions re attorney's fees; email R. Abbott re same; roughly calculate pre-judgment interest | Rowennakete Barnes<br>Jan 30, 2023 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Call Natraj, emails Kete, email Dr. Crum | Ryan Abbott<br>Jan 18, 2023 | 1h 00m |
| The ProImmune Co, LLC | General<br>Draft letter to court re status update; email R. Abbott re settlement communication; review law re bond on appeal | Rowennakete Barnes<br>Jan 18, 2023 | 0h 42m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re deposition and MSJ briefing; email R. Abbott re same | Rowennakete Barnes<br>Nov 1, 2022 | 0h 42m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re status of case; contact clerk re same | Rowennakete Barnes<br>Oct 14, 2022 | 0h 06m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | General<br>Review edits to supplemental reply brief in support of motion for summary judgment; edit and email R. Abbott re same; file | Rowennakete Barnes<br>May 31, 2022 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Edits to Holista MSJ Reply, and research | Ryan Abbott<br>May 26, 2022 | 2h 30m |
| The ProImmune Co, LLC | General<br>Finish drafting reply supplemental brief re summary judgment; email R. Abbott re same | Rowennakete Barnes<br>May 26, 2022 | 4h 36m |
| The ProImmune Co, LLC | General<br>Edit ProImmune supplemental reply brief re MSJ | Rowennakete Barnes<br>May 25, 2022 | 1h 18m |
| The ProImmune Co, LLC | General<br>Finalize supplemental brief and declaration; prepare redacted versions; file and serve documents | Rowennakete Barnes<br>Apr 15, 2022 | 1h 24m |
| The ProImmune Co, LLC | No Service<br>Holista materials, emails Dr. Crum re declaration, calls/emails Kete | Ryan Abbott<br>Apr 14, 2022 | 2h 54m |
| The ProImmune Co, LLC | General<br>Edit supplemental brief re motion for summary judgment; review case law cited re same | Rowennakete Barnes<br>Apr 14, 2022 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Work on Holista brief | Ryan Abbott<br>Apr 13, 2022 | 3h 12m |
| The ProImmune Co, LLC | General<br>Continue researching course of performance in contract renewal and mitigation of damages; continue drafting supplemental brief in support of motion for summary judgment and supporting declaration | Rowennakete Barnes<br>Apr 13, 2022 | 5h 30m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re supplemental briefing for MSJ | Rowennakete Barnes<br>Apr 12, 2022 | 0h 12m |
| The ProImmune Co, LLC | General<br>Continue editing supplemental brief re summary judgment | Rowennakete Barnes<br>Apr 12, 2022 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Work on Holista brief | Ryan Abbott<br>Apr 11, 2022 | 2h 12m |
| The ProImmune Co, LLC | General<br>Continue drafting supplemental brief re on-going contract and mitigation of damages | Rowennakete Barnes<br>Apr 11, 2022 | 5h 18m |
| The ProImmune Co, LLC | General<br>Continue drafting supplemental brief re summary judgment | Rowennakete Barnes<br>Apr 8, 2022 | 2h 12m |
| The ProImmune Co, LLC | General<br>Research mitigation of damages law in New York | Rowennakete Barnes<br>Apr 7, 2022 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Redact opinion and order; contact clerk re filing; file redacted order | Rowennakete Barnes<br>Apr 7, 2022 | 0h 42m |
| The ProImmune Co, LLC | General<br>Draft letter re proposed redactions to order; confer with R. Abbott re same | Rowennakete Barnes<br>Mar 31, 2022 | 1h 06m |
| The ProImmune Co, LLC | General<br>confer with R. Abbott re ruling | Rowennakete Barnes<br>Mar 21, 2022 | 0h 06m |
| The ProImmune Co, LLC | General<br>Review order on summary judgment; email R. Abbott re same | Rowennakete Barnes<br>Mar 21, 2022 | 0h 12m |
| The ProImmune Co, LLC | General<br>Send out letter registered and certified mail for Ryan Abbott | Donna Brittenham<br>Jan 19, 2022 | 0h 06m |
| The ProImmune Co, LLC | General | Rowennakete Barnes | 0h 06m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Review sur-reply; email R. Abbott re same | Sep 3, 2021 | |
| The ProImmune Co, LLC | General<br>Finish organizing courtesy copies for court; email judge courtesy copies | Rowennakete Barnes<br>Aug 26, 2021 | 1h 06m |
| The ProImmune Co, LLC | General<br>Gather and organize reply documents to email to judge | Rowennakete Barnes<br>Aug 25, 2021 | 0h 36m |
| The ProImmune Co, LLC | General<br>Review order treating ProImmune brief as timely; review Holista request to file sur-reply; email R. Abbott re same | Rowennakete Barnes<br>Aug 24, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>Review MSJ scheduling; research issue of motion to extend time for filing; draft pre-motion conference request letter; email R. Abbott re same | Rowennakete Barnes<br>Aug 23, 2021 | 2h 06m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re letter re timely reply; file letter | Rowennakete Barnes<br>Aug 23, 2021 | 0h 18m |
| The ProImmune Co, LLC | General<br>Review briefing schedules and requests for extensions; email opposing counsel re argument on schedule | Rowennakete Barnes<br>Aug 22, 2021 | 1h 00m |
| The ProImmune Co, LLC | General<br>File reply in support of motion for summary judgment and related papers; email opposing counsel re same | Rowennakete Barnes<br>Aug 20, 2021 | 1h 18m |
| The ProImmune Co, LLC | General<br>Edit reply in support of motion for summary judgment | Rowennakete Barnes<br>Aug 19, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>Draft declaration of R. Abbott in support of reply to motion for summary judgment | Rowennakete Barnes<br>Aug 19, 2021 | 0h 24m |
| The ProImmune Co, LLC | General<br>Finish drafting and editing evidentiary objections to Bhushan and Manicka declarations | Rowennakete Barnes<br>Aug 19, 2021 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Revision of Holisa reply | Ryan Abbott<br>Aug 18, 2021 | 2h 42m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re reply in support of motion for summary judgment | Rowennakete Barnes<br>Aug 18, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>Continue editing reply in support of motion for summary judgment | Rowennakete Barnes<br>Aug 18, 2021 | 2h 48m |
| The ProImmune Co, LLC | No Service<br>Revision of reply to opposition to MSJ Holista | Ryan Abbott<br>Aug 17, 2021 | 3h 06m |
| The ProImmune Co, LLC | General<br>Review Bhushan and Manicka declarations in opposition to ProImmune MSJ; begin drafting evidentiary objections to declarations | Rowennakete Barnes<br>Aug 17, 2021 | 3h 30m |
| The ProImmune Co, LLC | General<br>Finish drafting reply in support of motion for summary judgment; email R. Abbott re same | Rowennakete Barnes<br>Aug 13, 2021 | 5h 00m |
| The ProImmune Co, LLC | General<br>Review Holista opposition and pleadings filed in support thereof; continue drafting reply brief in support of ProImmune's motion for summary judgment | Rowennakete Barnes<br>Aug 12, 2021 | 6h 48m |
| The ProImmune Co, LLC | General<br>Email opposing counsel re separate statement and need for redactions; confer with opposing counsel re same | Rowennakete Barnes<br>Aug 11, 2021 | 0h 06m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | General<br>Review Holista opposition to ProImmune motion for summary judgment; being drafting reply | Rowennakete Barnes<br>Aug 11, 2021 | 4h 48m |
| The ProImmune Co, LLC | No Service<br>Emails and calls Dr. Crum re ▇▇▇ | Ryan Abbott<br>Aug 10, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Draft opposition letter re Holista request for extension of time to oppose ProImmune's motion for summary judgment | Rowennakete Barnes<br>Jul 7, 2021 | 0h 18m |
| The ProImmune Co, LLC | General<br>Review depositions of M. Rajen re ProImmune performance of contracts and continuing selling product | Rowennakete Barnes<br>Jun 13, 2021 | 2h 00m |
| The ProImmune Co, LLC | General<br>Continue finalizing drafts for motion for summary judgment, memorandum of law in support, declarations in support, and request for judicial notice | Rowennakete Barnes<br>Jun 13, 2021 | 4h 30m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott and incorporate edits into motion for summary judgment papers | Rowennakete Barnes<br>Jun 13, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Prepare summary judgment documents for filing; prepare declaration of A. Crum, M.D. re filing size limitations; file documents and serve courtesy copy on defendants | Rowennakete Barnes<br>Jun 13, 2021 | 2h 00m |
| The ProImmune Co, LLC | General<br>Calls Dr. Crum, Steve at UST, emails with UST re Declaration, revisions to MSJ, calls Kete | Ryan Abbott<br>Jun 13, 2021 | 3h 30m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re motion for summary judgment | Rowennakete Barnes<br>Jun 12, 2021 | 0h 30m |
| The ProImmune Co, LLC | General<br>Call Dr. Crum, calls Kete, emails Kete re new MSJ language, calls and email to UST, draft UST declaration | Ryan Abbott<br>Jun 12, 2021 | 4h 06m |
| The ProImmune Co, LLC | General<br>Update motion for summary judgment papers; email R. Abbott re same | Rowennakete Barnes<br>Jun 11, 2021 | 2h 00m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re motion for summary judgment | Rowennakete Barnes<br>Jun 11, 2021 | 0h 24m |
| The ProImmune Co, LLC | General<br>Review of MSJ filings and edits to these and email Kete revised MSJ | Ryan Abbott<br>Jun 11, 2021 | 3h 48m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re damages; re-run numbers for declaration of A. Crum, M.D. | Rowennakete Barnes<br>Jun 10, 2021 | 0h 30m |
| The ProImmune Co, LLC | General<br>Continue editing notice of motion for summary judgment, supporting declaration of Ryan Abbott, separate statement of undisputed material facts, and request for judicial notice | Rowennakete Barnes<br>Jun 10, 2021 | 3h 00m |
| The ProImmune Co, LLC | General<br>Email R. Abbott and opposing counsel re motion to seal | Rowennakete Barnes<br>Jun 9, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re Motion for Summary Judgment | Rowennakete Barnes<br>Jun 9, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes<br>Jun 9, 2021 | 0h 06m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Contact clerk and ECF helpdesk re filing under seal; email R. Abbott and opposing counsel re same | | |
| The ProImmune Co, LLC | No Service<br>Draft letter re proposed filing under seal | Rowennakete Barnes<br>Jun 8, 2021 | 2h 30m |
| The ProImmune Co, LLC | No Service<br>Prepare exhibits and letter re proposed filing under seal for filing; file | Rowennakete Barnes<br>Jun 8, 2021 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott and opposing counsel re proposed filing under seal | Rowennakete Barnes<br>Jun 8, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Review court notices re filing of documents under seal | Rowennakete Barnes<br>Jun 8, 2021 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Research issue of ▇▇▇▇ by declaration | Rowennakete Barnes<br>Jun 7, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Review evidence for motion for summary judgment; mark for proposed redactions; email R. Abbott re same | Rowennakete Barnes<br>Jun 7, 2021 | 1h 06m |
| The ProImmune Co, LLC | No Service<br>Continue editing briefing on motion for summary judgment; review relevant contracts; email R. Abbott re same | Rowennakete Barnes<br>Jun 7, 2021 | 3h 00m |
| The ProImmune Co, LLC | No Service<br>Review standard for motion for summary judgment re southern district of new york | Rowennakete Barnes<br>Jun 7, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Research rules for filing documents under seal in southern district of new york | Rowennakete Barnes<br>Jun 7, 2021 | 0h 36m |
| The ProImmune Co, LLC | No Service<br>Research issue of timing for motion for attorney's fees | Rowennakete Barnes<br>Jun 7, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review and edit of MSJ, emails Kete on same | Ryan Abbott<br>Jun 5, 2021 | 3h 12m |
| The ProImmune Co, LLC | General<br>Review of all manufacturing agreements and distribution agreements, re-calculate and rewrite Crum declaration | Ryan Abbott<br>Jun 4, 2021 | 5h 12m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re motion for summary judgment and motion to seal issue | Rowennakete Barnes<br>Jun 4, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review rules re motion to seal; email R. Abbott re same | Rowennakete Barnes<br>Jun 4, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Draft letter re extension of MSJ schedule re redactions and filing under seal | Rowennakete Barnes<br>Jun 4, 2021 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re questions on motion for summary judgment | Rowennakete Barnes<br>Jun 4, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Continue researching issue of waiver | Rowennakete Barnes<br>Jun 4, 2021 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Confer with opposing counsel re motion to seal | Rowennakete Barnes<br>Jun 4, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Continue drafting memorandum of law in support of motion for summary judgment and supporting declarations | Rowennakete Barnes<br>Jun 2, 2021 | 2h 36m |
| The ProImmune Co, LLC | No Service<br>Continue editing motion for summary judgment | Rowennakete Barnes<br>Jun 2, 2021 | 2h 42m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes | 2h 00m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Continue reviewing case law re contractual waiver | Jun 2, 2021 | |
| The ProImmune Co, LLC | No Service<br>Continue drafting motion for summary judgment; declaration of R. Abbott and A. Crum, separate statement of undisputed material facts; gather and mark evidence | Rowennakete Barnes<br>May 28, 2021 | 4h 18m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing volume II deposition of Dr. Rajen Dato | Rowennakete Barnes<br>May 28, 2021 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Continue drafting separate statement in support of motion for summary judgment | Rowennakete Barnes<br>May 27, 2021 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Review and mark deposition of Dr. Rajen Dato (Vol. 1) | Rowennakete Barnes<br>May 27, 2021 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Review and mark deposition of Dr. Rajen Dato (Vol. 2) | Rowennakete Barnes<br>May 27, 2021 | 2h 30m |
| The ProImmune Co, LLC | No Service<br>Begin drafting separate statement of undisputed material facts in support of motion for summary judgment | Rowennakete Barnes<br>May 26, 2021 | 2h 30m |
| The ProImmune Co, LLC | No Service<br>Review edits to motion for summary judgment; email R. Abbott re same | Rowennakete Barnes<br>May 26, 2021 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Finish drafting motion for summary judgment re affirmative claims and against defenses | Rowennakete Barnes<br>May 24, 2021 | 4h 00m |
| The ProImmune Co, LLC | General<br>review and edits of MSJ, review of case law | Ryan Abbott<br>May 24, 2021 | 4h 18m |
| The ProImmune Co, LLC | No Service<br>Continue drafting motion for summary judgment | Rowennakete Barnes<br>May 21, 2021 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re extension to summary judgment filing deadlines | Rowennakete Barnes<br>May 21, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Research issue of contractual waiver under new york law | Rowennakete Barnes<br>May 21, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re motion for summary judgment | Rowennakete Barnes<br>May 18, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review deposition of N. Nash; highlight pertinent excerpts | Rowennakete Barnes<br>May 17, 2021 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re summary judgment issues; confer with R. Abbott re same | Rowennakete Barnes<br>May 13, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Review and mark deposition of Dr. A. Crum | Rowennakete Barnes<br>May 13, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Begin drafting motion for summary judgment; review pleadings and rules | Rowennakete Barnes<br>May 12, 2021 | 2h 36m |
| The ProImmune Co, LLC | No Service<br>Prepare for status conference; email R. Abbott re same | Rowennakete Barnes<br>May 12, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>review of accountings and agreements and complaint, create excel sheet of ▮▮▮▮, email Suzanne, email Kete, email Dr. Crum re ▮▮▮▮ | Ryan Abbott<br>May 12, 2021 | 3h 06m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes | 0h 06m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Confer with R. Abbott re status conference and motion for summary judgment | May 11, 2021 | |
| The ProImmune Co, LLC | No Service<br>Review contracts; email R. Abbott re attorneys fees and re orders on contracts | Rowennakete Barnes<br>May 7, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>reconcile Holista payments, email Suzanne and Drs. Crum, email Kete | Ryan Abbott<br>May 7, 2021 | 0h 54m |
| The ProImmune Co, LLC | No Service<br>Review documents and contract re last order; confer with R. Abbott re same | Rowennakete Barnes<br>May 3, 2021 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Review order re MSJ schedule; calendar schedule | Rowennakete Barnes<br>Apr 30, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>File letter request for briefing schedule re motions for summary judgment | Rowennakete Barnes<br>Apr 29, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Edit letter re proposed MSJ schedule; email R. Abbott re same | Rowennakete Barnes<br>Apr 27, 2021 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re settlement and MSJs | Rowennakete Barnes<br>Apr 14, 2021 | 0h 06m |
| The ProImmune Co, LLC | General<br>Review nash depo, email nash, email Dr. Cru | Ryan Abbott<br>Feb 28, 2021 | 0h 54m |
| The ProImmune Co, LLC | General<br>review NDA and distribution agreement for CWC | Ryan Abbott<br>Feb 26, 2021 | 0h 54m |
| The ProImmune Co, LLC | No Service<br>Draft ProImmune response to Holista second set of requests for production; confer with R. Abbott re same | Rowennakete Barnes<br>Feb 22, 2021 | 1h 24m |
| The ProImmune Co, LLC | No Service<br>Prepare ProImmune response to Holsita second set of requests for production for service; prepare documents for service; email R. Abbott re same; serve | Rowennakete Barnes<br>Feb 22, 2021 | 0h 48m |
| The ProImmune Co, LLC | General<br>call opposing counsel | Ryan Abbott<br>Feb 22, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition of N. Nash | Rowennakete Barnes<br>Feb 19, 2021 | 0h 06m |
| The ProImmune Co, LLC | General<br>preparation for and attendance at Nash depo | Ryan Abbott<br>Feb 19, 2021 | 2h 54m |
| The ProImmune Co, LLC | No Service<br>Prepare objections to subpoena to N. Nash; email R. Abbott re same; email R. Abbott re document production | Rowennakete Barnes<br>Feb 18, 2021 | 0h 42m |
| The ProImmune Co, LLC | General<br>review Nash production and disclosures, calls with Nash | Ryan Abbott<br>Feb 18, 2021 | 3h 18m |
| The ProImmune Co, LLC | No Service<br>Update discovery deadlines; confer with R. Abbott re deposition of N. Nash | Rowennakete Barnes<br>Feb 15, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>call and email Nash and Natraj | Ryan Abbott<br>Feb 15, 2021 | 0h 18m |
| The ProImmune Co, LLC | General<br>research and review on EDG3 sales and marketing, email Dr. Crum | Ryan Abbott<br>Feb 13, 2021 | 2h 48m |
| The ProImmune Co, LLC | General<br>call Nash | Ryan Abbott<br>Feb 12, 2021 | 0h 36m |
| The ProImmune Co, LLC | General<br>email Nash, draft engagement letter and send Nash | Ryan Abbott<br>Feb 11, 2021 | 0h 42m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | No Service<br>Review order re extension of discovery | Rowennakete Barnes<br>Feb 5, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re N. Nash deposition and response to Holista letter to extend discovery deadline cut-off | Rowennakete Barnes<br>Jan 29, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Draft letter opposing Holista request to extend discovery cut-off; file with court | Rowennakete Barnes<br>Jan 29, 2021 | 2h 00m |
| The ProImmune Co, LLC | General<br>call Dr. Crum | Ryan Abbott<br>Jan 29, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re discovery position | Rowennakete Barnes<br>Jan 28, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Confer with opposing counsel re discovery recently served | Rowennakete Barnes<br>Jan 26, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Research timeliness of third-party subpoena | Rowennakete Barnes<br>Jan 26, 2021 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re missing documents and J. Lee contact information | Rowennakete Barnes<br>Jan 26, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re untimely discovery; confer with R. Abbott re same | Rowennakete Barnes<br>Jan 25, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Research issue of post-EBT discovery and discovery cut-off in SDNY; email R. Abbott re same | Rowennakete Barnes<br>Jan 20, 2021 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Review document productions re [redacted] [redacted]; email R. Abbott re same | Rowennakete Barnes<br>Jan 14, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re discovery issues and pre-motion letter re summary judgment | Rowennakete Barnes<br>Jan 14, 2021 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Edit pre-motion letter re summary judgment; review federal rule of civil procedure 56, SDNY local rules, and Hon. K. Karas rules; edit letter; email R. Abbott re same | Rowennakete Barnes<br>Jan 14, 2021 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Begin drafting pre-motion conference request; review client documents and pleadings; email R. Abbott re same | Rowennakete Barnes<br>Jan 13, 2021 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re pre-msj conference request; confer with R. Abbot re same | Rowennakete Barnes<br>Jan 13, 2021 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Review scheduling orders; attempt to contact court clerk; email opposing counsel and R. Abbott re status conference | Rowennakete Barnes<br>Jan 13, 2021 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re status conference; confer with R. Abbott re same | Rowennakete Barnes<br>Jan 12, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review document requests re contracts from distributors; email R. Abbott re same; review judges rules re status conference attendance | Rowennakete Barnes<br>Jan 11, 2021 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition of A. Crum | Rowennakete Barnes<br>Jan 7, 2021 | 0h 18m |
| The ProImmune Co, LLC | General | Ryan Abbott<br>Jan 7, 2021 | 7h 12m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | preparation for deposition and deposition of Dr. Crum | | |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re issues for deposition | Rowennakete Barnes<br>Jan 4, 2021 | 0h 12m |
| The ProImmune Co, LLC | General<br>review of Holista contracts and email Kete | Ryan Abbott<br>Jan 1, 2021 | 1h 12m |
| The ProImmune Co, LLC | General<br>call with Dr. Crum re ▮ | Ryan Abbott<br>Dec 31, 2020 | 0h 42m |
| The ProImmune Co, LLC | General<br>review depo transcripts and download and organize, and upload to DropBox. | Ryan Abbott<br>Dec 20, 2020 | 4h 12m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition | Rowennakete Barnes<br>Dec 11, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re deposition attendance; review rules re same; email opposing counsel re deposition dates | Rowennakete Barnes<br>Dec 7, 2020 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition | Rowennakete Barnes<br>Dec 1, 2020 | 0h 36m |
| The ProImmune Co, LLC | No Service<br>Attend deposition of Holista PMK | Rowennakete Barnes<br>Dec 1, 2020 | 6h 24m |
| The ProImmune Co, LLC | No Service<br>Organize exhibits from deposition; email to court reporter | Rowennakete Barnes<br>Dec 1, 2020 | 0h 12m |
| The ProImmune Co, LLC | General<br>Deposition of Rajen and prep | Ryan Abbott<br>Dec 1, 2020 | 9h 30m |
| The ProImmune Co, LLC | No Service<br>Confer with E. McCanna re scheduling of deposition | Rowennakete Barnes<br>Nov 30, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review ProImmune production re missing attachments; email R. Abbott re same | Rowennakete Barnes<br>Nov 30, 2020 | 0h 18m |
| The ProImmune Co, LLC | General<br>Call with Kete and Depo prep | Ryan Abbott<br>Nov 30, 2020 | 3h 54m |
| The ProImmune Co, LLC | General<br>Scheduling deposition | Emily McCanna<br>Nov 30, 2020 | 0h 18m |
| The ProImmune Co, LLC | General<br>Review of Dr. Crum materials and reply email | Ryan Abbott<br>Nov 27, 2020 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re deposition time | Rowennakete Barnes<br>Nov 25, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re deposition strategy | Rowennakete Barnes<br>Nov 23, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition | Rowennakete Barnes<br>Nov 23, 2020 | 0h 54m |
| The ProImmune Co, LLC | No Service<br>Contact court reporting service re remote deposition | Rowennakete Barnes<br>Nov 23, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Attend deposition; confer with R. Abbott re same | Rowennakete Barnes<br>Nov 23, 2020 | 5h 12m |
| The ProImmune Co, LLC | General<br>Deposition of Dr. Rajen and preparation for deposition, calls with Kete and Dr. Crum | Ryan Abbott<br>Nov 23, 2020 | 6h 36m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition preparation | Rowennakete Barnes<br>Nov 22, 2020 | 0h 42m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re deposition; email opposing counsel re deposition | Rowennakete Barnes<br>Nov 22, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes | 2h 00m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Update deposition documents; update deposition outline; email R. Abbott re same | Nov 22, 2020 | |
| The ProImmune Co, LLC | General<br>Rreparation for deposition of Dr. Rajen | Ryan Abbott<br>Nov 22, 2020 | 10h 06m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re deposition | Rowennakete Barnes<br>Nov 21, 2020 | 0h 12m |
| The ProImmune Co, LLC | General<br>Review of proimmune and holista productions | Ryan Abbott<br>Nov 21, 2020 | 4h 30m |
| The ProImmune Co, LLC | No Service<br>Serve opposing counsel with additional documents; confer re deposition | Rowennakete Barnes<br>Nov 20, 2020 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Review Holista supplemental responses to interrogatories; organize documents cited to and review same; email R. Abbott re same | Rowennakete Barnes<br>Nov 20, 2020 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Continue replacing deposition documents with bates stamped documents; review documents for deposition; email R. Abbott re same | Rowennakete Barnes<br>Nov 20, 2020 | 5h 06m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re deposition | Rowennakete Barnes<br>Nov 19, 2020 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Continue replacing deposition documents with bates stamped versions | Rowennakete Barnes<br>Nov 19, 2020 | 4h 00m |
| The ProImmune Co, LLC | General<br>Deposition scheduling follow-up | Emily McCanna<br>Nov 19, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Replace deposition documents with bates stamped versions | Rowennakete Barnes<br>Nov 18, 2020 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Prepare remaining documents for production; email R. Abbott re same | Rowennakete Barnes<br>Nov 18, 2020 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Review order re case scheduling | Rowennakete Barnes<br>Nov 17, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email E. McCanna re scheduling of deposition | Rowennakete Barnes<br>Nov 17, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re supplemental responses to interrogatories | Rowennakete Barnes<br>Nov 17, 2020 | 0h 06m |
| The ProImmune Co, LLC | General<br>Scheduling deposition | Emily McCanna<br>Nov 17, 2020 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Review letter re change in case management order; email opposing counsel re same | Rowennakete Barnes<br>Nov 13, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Begin drafting deposition outline; continue organizing documents for deposition | Rowennakete Barnes<br>Nov 12, 2020 | 1h 12m |
| The ProImmune Co, LLC | No Service<br>Continue organizing documents for deposition | Rowennakete Barnes<br>Nov 10, 2020 | 6h 54m |
| The ProImmune Co, LLC | No Service<br>Continue organizing documents for deposition | Rowennakete Barnes<br>Nov 9, 2020 | 7h 00m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing and organizing documents for deposition | Rowennakete Barnes<br>Nov 6, 2020 | 4h 12m |
| The ProImmune Co, LLC | No Service<br>Review letter re extension of case management order; email R. Abbott and opposing counsel re same | Rowennakete Barnes<br>Nov 6, 2020 | 0h 12m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | No Service<br>Review documents for deposition | Rowennakete Barnes<br>Nov 5, 2020 | 2h 06m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott and opposing counsel re depositions | Rowennakete Barnes<br>Nov 4, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Finalize notice of deposition; email serve on opposing counsel | Rowennakete Barnes<br>Nov 4, 2020 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Research issue of identifying documents in response to interrogatory; email R. Abbott and opposing counsel re same | Rowennakete Barnes<br>Nov 4, 2020 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Review Holista's response to ProImmune interrogatories; review rules re responses to interrogatories; email R. Abbott re same; review R. Abbott edits to notice of deposition | Rowennakete Barnes<br>Nov 3, 2020 | 0h 30m |
| The ProImmune Co, LLC | General<br>Review of interrogatory replies, email Dr. Crum, email Kete | Ryan Abbott<br>Nov 3, 2020 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Draft notice of 30(b)(6) deposition of Holista | Rowennakete Barnes<br>Nov 2, 2020 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Prepare ProImmune document production for service; serve on opposing counsel | Rowennakete Barnes<br>Oct 30, 2020 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing Holista document production | Rowennakete Barnes<br>Oct 29, 2020 | 6h 18m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing Holista document production; pull relevant documents for deposition | Rowennakete Barnes<br>Oct 28, 2020 | 3h 42m |
| The ProImmune Co, LLC | No Service<br>Prepare document production for service | Rowennakete Barnes<br>Oct 28, 2020 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott; email opposing counsel re discovery issues; review document production for highly confidential designations and email R. Abbott re same | Rowennakete Barnes<br>Oct 26, 2020 | 1h 06m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing documents for production | Rowennakete Barnes<br>Oct 22, 2020 | 2h 12m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing documents for production; begin reviewing Holista's documents produced | Rowennakete Barnes<br>Oct 21, 2020 | 5h 06m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing documents for production | Rowennakete Barnes<br>Oct 20, 2020 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing documents for production | Rowennakete Barnes<br>Oct 19, 2020 | 6h 00m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing client documents for production | Rowennakete Barnes<br>Oct 16, 2020 | 7h 12m |
| The ProImmune Co, LLC | No Service<br>Continue review of documents for production | Rowennakete Barnes<br>Oct 15, 2020 | 6h 12m |
| The ProImmune Co, LLC | No Service<br>Confer with opposing counsel re discovery; email R. Abbott re same | Rowennakete Barnes<br>Oct 14, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes<br>Oct 14, 2020 | 2h 06m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Process client documents into E-discovery website; begin review of documents for production | | |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re outstanding discovery | Rowennakete Barnes<br>Oct 9, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Confer with opposing counsel re responses to discovery | Rowennakete Barnes<br>Oct 8, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Finalize discovery responses; draft verification; confer with R. Abbott re same; serve discovery responses | Rowennakete Barnes<br>Sep 30, 2020 | 2h 12m |
| The ProImmune Co, LLC | General<br>calls with Dr. Crum, review of Holista responses, calls with Kete | Ryan Abbott<br>Sep 30, 2020 | 2h 24m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re discovery responses | Rowennakete Barnes<br>Sep 29, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Download client files for document production; begin review; email R. Abbott re same | Rowennakete Barnes<br>Sep 28, 2020 | 1h 00m |
| The ProImmune Co, LLC | General<br>review of [redacted] and email to Dr. Crum | Ryan Abbott<br>Sep 28, 2020 | 3h 12m |
| The ProImmune Co, LLC | No Service<br>Finish drafting responses to Holista's interrogatories, requests for admission, and requests for production | Rowennakete Barnes<br>Sep 25, 2020 | 5h 30m |
| The ProImmune Co, LLC | No Service<br>Begin drafting responses and objections to Holista's first set of requests for production | Rowennakete Barnes<br>Sep 24, 2020 | 1h 36m |
| The ProImmune Co, LLC | General<br>review of [redacted] and email to Dr. Crum | Ryan Abbott<br>Sep 23, 2020 | 1h 06m |
| The ProImmune Co, LLC | No Service<br>Edit special interrogatories; review [redacted] and email R. Abbott re same; serve special interrogatories | Rowennakete Barnes<br>Sep 22, 2020 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re discovery | Rowennakete Barnes<br>Sep 21, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re Holista requests for admission | Rowennakete Barnes<br>Sep 21, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Continue reviewing [redacted] in requests for admission: note differences between [redacted] | Rowennakete Barnes<br>Sep 18, 2020 | 2h 30m |
| The ProImmune Co, LLC | No Service<br>Review Holista's requests for admission and compare [redacted] with client's files | Rowennakete Barnes<br>Sep 17, 2020 | 1h 42m |
| The ProImmune Co, LLC | General<br>discussion of Holista responses | Ryan Abbott<br>Sep 17, 2020 | 0h 36m |
| The ProImmune Co, LLC | No Service<br>Review discovery response deadline; email R. Abbott re same; email opposing counsel re same | Rowennakete Barnes<br>Sep 15, 2020 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Research issue of [redacted]; edit first set of special interrogatories; edit first set of requests for admission; review Holista's first set of requests for admission and compare exhibits | Rowennakete Barnes<br>Sep 15, 2020 | 3h 00m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes<br>Sep 11, 2020 | 1h 48m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Draft first set of requests for admission and special interrogatories to Holista; email R. Abbott re same | | |
| The ProImmune Co, LLC | No Service<br>Edit proposed stipulated protective order; email opposing counsel re same | Rowennakete Barnes<br>Sep 4, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Edit proposed protective order; email opposing counsel re same | Rowennakete Barnes<br>Sep 2, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Organize discovery requests; email to R. Abbott; calendar response date | Rowennakete Barnes<br>Sep 2, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Review protective order; edit and email R. Abbott re same | Rowennakete Barnes<br>Sep 1, 2020 | 0h 48m |
| The ProImmune Co, LLC | No Service<br>Review discovery requests from Defendant Holista | Rowennakete Barnes<br>Sep 1, 2020 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re stipulated protective order | Rowennakete Barnes<br>Aug 26, 2020 | 0h 06m |
| The ProImmune Co, LLC | General<br>review of ▇▇▇▇▇▇, emails to Kete, email to Dr. Crum, call with Dr. Crum | Ryan Abbott<br>Aug 23, 2020 | 1h 06m |
| The ProImmune Co, LLC | General<br>review answer, call with Kete | Ryan Abbott<br>Aug 13, 2020 | 1h 12m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re trial date | Rowennakete Barnes<br>Aug 10, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Finish drafting requests for admission and serve on opposing counsel | Rowennakete Barnes<br>Aug 5, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Continue drafting and editing requests for production of documents; email R. Abbott re same | Rowennakete Barnes<br>Jul 30, 2020 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Review ▇▇▇▇▇▇ and draft first set of requests for production of documents to Holista | Rowennakete Barnes<br>Jul 28, 2020 | 2h 06m |
| The ProImmune Co, LLC | No Service<br>Finish drafting plaintiff's initial disclosures; email R. Abbott re same | Rowennakete Barnes<br>Jul 23, 2020 | 1h 12m |
| The ProImmune Co, LLC | No Service<br>Begin drafting initial disclosure | Rowennakete Barnes<br>Jul 22, 2020 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re preparation for discovery | Rowennakete Barnes<br>Jul 20, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Calendar case dates according to case management order | Rowennakete Barnes<br>Jul 16, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Finalize proposed case management plan; review SDNY local rules; Judge's rules; ECF rules; file proposed case management plan | Rowennakete Barnes<br>Jul 14, 2020 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re proposed scheduling order; email opposing counsel re same | Rowennakete Barnes<br>Jul 13, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review corporate disclosure and answer and counterclaim; email R. Abbott re answer | Rowennakete Barnes<br>Jul 9, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Draft proposed joint discovery plan; email R. Abbott re same and alternative dispute resolution | Rowennakete Barnes<br>Jul 9, 2020 | 2h 00m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes | 1h 12m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Prepare for telephonic pre-motion conference; attend pre-motion conference; email R. Abbott re same; calendar dates for answer and proposed discovery schedule | Jul 2, 2020 | |
| The ProImmune Co, LLC | No Service<br>Email R. Abbott re prior Holista action and defendants therein | Rowennakete Barnes<br>Jun 22, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Research issue of ▇▇▇▇; review Proimmune state registration; review Defendants' pre-motion conference letter; email R. Abbott re same | Rowennakete Barnes<br>Jun 12, 2020 | 1h 00m |
| The ProImmune Co, LLC | General<br>call Kete, review letter | Ryan Abbott<br>Jun 12, 2020 | 0h 36m |
| The ProImmune Co, LLC | No Service<br>Research issue of ▇▇▇▇ email R. Abbott re same | Rowennakete Barnes<br>Jun 11, 2020 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Research issue of ▇▇▇▇ email R. Abbott re same | Rowennakete Barnes<br>Jun 11, 2020 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Review docket; calendar answer response date | Rowennakete Barnes<br>May 12, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>File waiver of service of summons | Rowennakete Barnes<br>Mar 17, 2020 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Email international service firm re cancellation | Rowennakete Barnes<br>Mar 16, 2020 | 0h 06m |
| The ProImmune Co, LLC | General<br>email of waiver to opposing counsel | Ryan Abbott<br>Mar 14, 2020 | 0h 18m |
| The ProImmune Co, LLC | General<br>receive and review opposing counsel email, forward to ProImmune | Ryan Abbott<br>Mar 13, 2020 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Draft cover letter; organize documents; obtain information from Australian corporation registration website re corporate address; review motion to dismiss order in other Holista case; email R. Abbott re same | Rowennakete Barnes<br>Mar 9, 2020 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Review case against Holista in southern district of California; email R. Abbott re same | Rowennakete Barnes<br>Mar 5, 2020 | 0h 18m |
| The ProImmune Co, LLC | No Service<br>Confer with international process service firms; email firms and R. Abbott re same | Rowennakete Barnes<br>Mar 5, 2020 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re service of complaint | Rowennakete Barnes<br>Feb 14, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Compose email to E. McCanna and S. Ridley-Woods re service of complaint; compose email to R. Abbott re same | Rowennakete Barnes<br>Feb 14, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review background information on judge assigned; review judge's standing order | Rowennakete Barnes<br>Feb 13, 2020 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Organize filed documents; prepare waiver of service and request for waiver of service form; email R. Abbott re same | Rowennakete Barnes<br>Feb 13, 2020 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Re-file complaint | Rowennakete Barnes<br>Feb 13, 2020 | 0h 30m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | General<br>emails to Kete and Rajen | Ryan Abbott<br>Feb 13, 2020 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Finalize complaint and related documents; file | Rowennakete Barnes<br>Feb 12, 2020 | 2h 00m |
| The ProImmune Co, LLC | General<br>calls and emails re service and complaint | Ryan Abbott<br>Feb 12, 2020 | 1h 12m |
| The ProImmune Co, LLC | No Service<br>Update complaint re agreement no. 1; update civil case cover sheet and rule 7.1 disclosure sheet; email R. Abbott re same | Rowennakete Barnes<br>Feb 11, 2020 | 2h 30m |
| The ProImmune Co, LLC | No Service<br>Review rules re civil case initiation; fill out civil case cover sheet and corporate disclosure sheet | Rowennakete Barnes<br>Feb 10, 2020 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Edit complaint draft; email R. Abbott re same | Rowennakete Barnes<br>Feb 7, 2020 | 1h 00m |
| The ProImmune Co, LLC | General<br>emails to Kete and Dr. Crum re ■■■■■ | Ryan Abbott<br>Feb 7, 2020 | 0h 36m |
| The ProImmune Co, LLC | No Service<br>Edit complaint; email R. Abbott re comments and other emails | Rowennakete Barnes<br>Jan 31, 2020 | 2h 24m |
| The ProImmune Co, LLC | General<br>review and edits to draft complaint, emails to Kete | Ryan Abbott<br>Jan 31, 2020 | 2h 06m |
| The ProImmune Co, LLC | No Service<br>Review background documents and draft complaint | Rowennakete Barnes<br>Jan 30, 2020 | 4h 42m |
| The ProImmune Co, LLC | No Service<br>Review background documents and begin drafting complaint | Rowennakete Barnes<br>Jan 29, 2020 | 7h 00m |
| The ProImmune Co, LLC | General<br>Letter for auditors | Ryan Abbott<br>Jan 18, 2020 | 1h 06m |
| The ProImmune Co, LLC | General<br>Draft letter | Ryan Abbott<br>Jan 14, 2020 | 0h 30m |

| **Total for Holista Dispute** | | | **483h 48m** |

Summary

| **Total Hours** | | | **483h 48m** |