# EXHIBIT 2

# Time Entry Details

Brown Neri Smith & Khan LLP
Grouped by Project
For Nov 1, 2019 - Mar 31, 2023

## Holista Counterclaims

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| The ProImmune Co, LLC | General<br>File redacted opinion and order memorandum | Rowennakete Barnes<br>Feb 24, 2023 | 0h 12m |
| The ProImmune Co, LLC | General<br>Review order re proposed redactions; draft letter re same; email R. Abbott and opposing counsel re same; file | Rowennakete Barnes<br>Feb 16, 2023 | 0h 42m |
| The ProImmune Co, LLC | General<br>Confer with opposing counsel re extension; review letter re same | Rowennakete Barnes<br>May 11, 2022 | 0h 06m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re Holista reply to Motion for Summary Judgment | Rowennakete Barnes<br>Aug 9, 2021 | 0h 06m |
| The ProImmune Co, LLC | General<br>Review reply in support of motion for summary judgment; review documents for cited provisions re same | Rowennakete Barnes<br>Aug 9, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Prepare notice of errata; file notice of errata and declaration of R. Abbott | Rowennakete Barnes<br>Jul 16, 2021 | 2h 00m |
| The ProImmune Co, LLC | General<br>File and serve opposition to Holista motion for summary judgment | Rowennakete Barnes<br>Jul 15, 2021 | 0h 30m |
| The ProImmune Co, LLC | General<br>Finalize opposition to motion for summary judgment, response to rule 56.1 statement, declarations of A. Crum, S. Chadwick, and R. Abbott, and evidentiary objections to declarations of N. Bhushan and R. Manicka | Rowennakete Barnes<br>Jul 15, 2021 | 1h 54m |
| The ProImmune Co, LLC | General<br>Edit response to Rule 56.1 statement in opposition to Holista motion for summary judgment | Rowennakete Barnes<br>Jul 15, 2021 | 3h 00m |
| The ProImmune Co, LLC | No Service<br>Edit opposition to motion for summary judgment; email R. Abbott re same | Rowennakete Barnes<br>Jul 15, 2021 | 2h 30m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re opposition to Holista motion for summary judgment | Rowennakete Barnes<br>Jul 15, 2021 | 0h 24m |
| The ProImmune Co, LLC | General<br>Review documents re Holista's prior complaint as to texture and taste of product; email R. Abbott re same | Rowennakete Barnes<br>Jul 15, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Revision of Holista's MSJ reply | Ryan Abbott<br>Jul 15, 2021 | 3h 06m |
| The ProImmune Co, LLC | No Service<br>Draft/edit Holista counterclaim MSJ | Ryan Abbott<br>Jul 14, 2021 | 5h 24m |
| The ProImmune Co, LLC | General<br>Prepare declaration of A. Crum in support of opposition to Holista's motion for summary judgment | Rowennakete Barnes<br>Jul 13, 2021 | 3h 12m |
| The ProImmune Co, LLC | General<br>Confer with R. Abbott re response to separate statement and draft declaration of A. Crum | Rowennakete Barnes<br>Jul 13, 2021 | 0h 12m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Review edits to response to separate statement in support of Holista's motion for summary judgment | Jul 13, 2021 | 0h 30m |
| The ProImmune Co, LLC | General<br>Research evidence code and case law re objections to evidence on summary judgment | Rowennakete Barnes<br>Jul 13, 2021 | 0h 30m |
| The ProImmune Co, LLC | General<br>Draft evidentiary objections to the declarations of N. Bhushan and R. Manicka in support of Holista's motion for summary judgment; email R. Abbott re same | Rowennakete Barnes<br>Jul 13, 2021 | 3h 06m |
| The ProImmune Co, LLC | General<br>Draft opposition to Holista Rule 56.1 statement; review Holista evidence submitted in support; email R. Abbott re same | Rowennakete Barnes<br>Jul 12, 2021 | 3h 30m |
| The ProImmune Co, LLC | General<br>Finish drafting opposition to Holista motion for summary judgment | Rowennakete Barnes<br>Jul 11, 2021 | 3h 00m |
| The ProImmune Co, LLC | Drafting<br>Continue drafting opposition to Holista's motion for summary judgment | Rowennakete Barnes<br>Jul 7, 2021 | 1h 00m |
| The ProImmune Co, LLC | Drafting<br>Continue drafting opposition to Holista's motion for summary judgment; review evidence in support of Holista motion for summary judgment | Rowennakete Barnes<br>Jun 24, 2021 | 4h 24m |
| The ProImmune Co, LLC | No Service<br>Continue drafting opposition to Holista's motion for summary judgment | Rowennakete Barnes<br>Jun 23, 2021 | 1h 30m |
| The ProImmune Co, LLC | General<br>Review Holista motion for summary judgment; begin drafting opposition | Rowennakete Barnes<br>Jun 22, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Review Holista motion for summary judgment; confer with R. Abbott re same | Rowennakete Barnes<br>Jun 14, 2021 | 1h 00m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re exhibits and redactions | Rowennakete Barnes<br>Jun 13, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Continue finalizing drafts for motion for summary judgment, memorandum of law in support, declarations in support, and request for judicial notice | Rowennakete Barnes<br>Jun 13, 2021 | 1h 36m |
| The ProImmune Co, LLC | No Service<br>Review and edit declaration of S. Chadwick; email R. Abbott and opposing counsel re exhibits | Rowennakete Barnes<br>Jun 13, 2021 | 0h 24m |
| The ProImmune Co, LLC | General<br>Continue editing motion for summary judgment, separate statement of undisputed facts, declaration of R. Abbott regarding counterclaims | Rowennakete Barnes<br>Jun 10, 2021 | 0h 54m |
| The ProImmune Co, LLC | General<br>Email R. Abbott and opposing counsel re proposed redactions to evidence | Rowennakete Barnes<br>Jun 10, 2021 | 0h 18m |
| The ProImmune Co, LLC | General<br>Review and mark exhibits for redaction that Holista intends to submit; email opposing counsel re same | Rowennakete Barnes<br>Jun 9, 2021 | 0h 12m |
| The ProImmune Co, LLC | No Service<br>Review Holista evidence re motion for summary judgment; confer with R. Abbott re same: review edits from ▇▇▇ ▇▇▇▇▇▇▇▇ re motion for summary judgment | Rowennakete Barnes<br>Jun 9, 2021 | 1h 30m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes | 0h 18m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Confer with R. Abbott re motion for summary judgment | Jun 6, 2021 | |
| The ProImmune Co, LLC | No Service<br>Continue drafting motion for summary judgment re counterclaims; declaration of R. Abbott and A. Crum, separate statement of undisputed material facts; gather and mark evidence | Rowennakete Barnes<br>May 28, 2021 | 2h 42m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re Holista's counterclaims as to contract No. 4 | Rowennakete Barnes<br>May 27, 2021 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Draft separate statement in support of summary judgment regarding counterclaims | Rowennakete Barnes<br>May 27, 2021 | 1h 30m |
| The ProImmune Co, LLC | No Service<br>Research case law for breach of express warranty claims | Rowennakete Barnes<br>May 24, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Draft portion of motion for summary judgment against Holista's counterclaims | Rowennakete Barnes<br>May 24, 2021 | 1h 12m |
| The ProImmune Co, LLC | No Service<br>Continue drafting motion for summary judgment as to counterclaims | Rowennakete Barnes<br>May 21, 2021 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Draft answer to counterclaims; email R. Abbott re same | Rowennakete Barnes<br>Nov 4, 2020 | 1h 48m |
| The ProImmune Co, LLC | No Service<br>Finalize answer to counterclaims; file | Rowennakete Barnes<br>Nov 4, 2020 | 0h 24m |
| The ProImmune Co, LLC | No Service<br>Review amended answer/counterclaims; email R. Abbott re same; calendar response date | Rowennakete Barnes<br>Oct 14, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review response letter re request for hearing on motion to dismiss counterclaims; email R. Abbott re same | Rowennakete Barnes<br>Aug 31, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Research pleading requirements; edit pre-motion conference request letter; file and serve | Rowennakete Barnes<br>Aug 21, 2020 | 2h 00m |
| The ProImmune Co, LLC | No Service<br>Review amended answer and counterclaims; confer with R. Abbott re same | Rowennakete Barnes<br>Aug 13, 2020 | 0h 30m |
| The ProImmune Co, LLC | No Service<br>Review proposed letter re extension to file amended counterclaim; email opposing counsel re same | Rowennakete Barnes<br>Aug 6, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Email opposing counsel re electronic service agreement; email R. Abbott re extension of time to file amended counterclaim | Rowennakete Barnes<br>Aug 5, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Review rules re pre-motion letter requests; file pre-motion letter and email to opposing counsel | Rowennakete Barnes<br>Jul 30, 2020 | 1h 12m |
| The ProImmune Co, LLC | No Service<br>Research and draft pre-motion conference letter for motion to dismiss counterclaims by defendant; email R. Abbott re same | Rowennakete Barnes<br>Jul 23, 2020 | 3h 00m |
| The ProImmune Co, LLC | No Service<br>Calendar response to counterclaims | Rowennakete Barnes<br>Jul 10, 2020 | 0h 06m |
| The ProImmune Co, LLC | No Service<br>Research issues for moving to dismiss counterclaims; email R. Abbott re same | Rowennakete Barnes<br>Jul 10, 2020 | 2h 30m |
| The ProImmune Co, LLC | No Service | Rowennakete Barnes | 1h 12m |

| Client | Service/Note | Team Member/Date | Total Hours |
|---|---|---|---|
| | Edit letter response to request for pre-motion conference; file and email serve to counsel for defendants | Jun 17, 2020 | |
| The ProImmune Co, LLC | No Service<br>Draft response to pre-motion conference request letter | Rowennakete Barnes<br>Jun 16, 2020 | 2h 48m |
| The ProImmune Co, LLC | No Service<br>Confer with R. Abbott re response to Defendant's pre-motion conference letter | Rowennakete Barnes<br>Jun 12, 2020 | 0h 06m |
| The ProImmune Co, LLC | General<br>Review judge's rules re pre-motion conference letters; calendar response to Defendant's pre-motion conference letter | Rowennakete Barnes<br>Jun 12, 2020 | 0h 06m |

| **Total for Holista Counterclaims** | | | **71h 42m** |
|---|---|---|---|

Summary

| **Total Hours** | **71h 42m** |
|---|---|