UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
THE PROIMMUNE COMPANY, LLC,

                                                                                                      C.A. No.  7:20-cv-01247 (KMK)

                               Plaintiff,

                - against -

HOLISTA COLLTECH LTD. and DOES 1-50, inclusive,

                              Defendants.
---------------------------------------------------------------------x
HOLISTA COLLTECH LTD.,

                       Counterclaim Plaintiff,

                - against -


THE PROIMMUNE COMPANY, LLC,

                       Counterclaim Defendant.
---------------------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that defendant-counterclaim plaintiff Holista Colltech Ltd. (collectively, "Appellant") in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the within Opinion and Order entered on July 5, 2023, and that the above-named Appellant appeals from each and every part of the aforesaid Opinion and Order by which it is aggrieved.

Dated: Staten Island, NY                                 **TURTURRO LAW, P.C.**
       December 3, 2023                           By:/s/Natraj S. Bhushan
                                                                 Natraj S. Bhushan
                                                                   1361 North Railroad Avenue
                                                                   Staten Island, NY 10306
                                                                   Tel.: 718-384-2323
                                                                   Email: Natraj@turturrolawpc.com
                                                                  *Attorneys for Appellant*

*To (Via ECF): Ryan Abbot, Esq. & Kete Barnes, Esq.,*
*Attorneys for Plaintiff*