UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

The ProImmune Company, LLC,

                      Plaintiff(s),                    20-CV-01247 (KMK)

-v-

                                                     CALENDAR NOTICE

Holista Colltech Ltd., et al.,

                      Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Friday, September 26, 2025 at 11:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066


Dated: August 11, 2025
       White Plains, New York

                                                          So Ordered

                                                          Kenneth M. Karas, U.S.D.J.